USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIANNA PENA,                                             :
                                                         :
                                        Plaintiff,       :
                                                         :                    1:21-cv-139-GHW
                          -v -                            :
                                                         :                        ORDER
FOOT LOCKER, INC. & FOOT LOCKER                           :
RETAIL, INC,                                             :
                                                         :
                                        Defendants.      :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        A jury trial in this matter will begin on **Monday, September 19, 2022 at 9:00 a.m.**  The

Court will hold a final pretrial conference in this case on **Friday, July 29, 2022 at 1:00 p.m.**  Both

the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States

District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at

500 Pearl Street, New York, New York 10007.

        The parties are directed to submit the following materials no later than May 27, 2022:  (1) the

joint pretrial order and other submissions permitted or required under Rule 5 of the Court's

Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of

the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the

applicable law, to be read to the jury as part of the Court's initial instructions prior to opening

statements.

        SO ORDERED.

Dated:  November 10, 2021                          _____
New York, New York                                     GREGORY H. WOODS
                                                    United States District Judge