```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BRIANNA PENA,                                       :
                                                    :
                         Plaintiff,                 :
                                                    :           1:21-cv-139-GHW
           -v -                                     :
                                                    :              ORDER
FOOT LOCKER, INC. & FOOT LOCKER                     :
RETAIL, INC,                                        :
                                                    :
                         Defendants.                :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the conference held on June 2, 2022, the parties are directed to submit supplemental memoranda detailing the nature and basis of the parties' objections to their adversaries' proposed jury charges no later than June 16, 2022.

    SO ORDERED.

Dated: June 8, 2022
New York, New York
                                                                          GREGORY H. WOODS
                                                                     United States District Judge