**SCHWARTZ PERRY HELLER** LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

June 14, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2022
```

**Via ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   **Brianna Peña v. Foot Locker, Inc. & Foot Locker Retail, Inc.**
      **1:21-cv-00139-GHW**

Dear Judge Woods:

We represent Plaintiff Briana Peña in the above-referenced matter. We jointly, with defense counsel, respectfully request a brief adjournment of the supplemental memoranda that are due pursuant the Court's Order of June 8, 2022. Specifically, the parties request that the due be adjourned from June 16 to June 24.

Since the conference with the Court on June 2, the parties have been working together to explore whether there are areas of the jury charges and verdict sheet where they can agree. We are pleased to report that we have successfully been able to agree upon a number of charges and narrow our disagreements into one document to present to the Court. Our discussions are ongoing and the parties respectfully request a brief additional period of time to submit the materials to the Court, specifically until Friday, June 25.

This is the first request for an adjournment of this date. The requested adjournment will not impact any other dates and is well in advance of the final pretrial conference set for July 29, 2022 and the trial set for September 19, 2022.

We thank the Court for its consideration of this matter.

Respectfully,

BRIAN HELLER

cc:   All counsel – via ECF

Application granted.  The deadline for the parties to submit the supplemental memoranda is extended to June 24, 2022.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 38.

SO ORDERED.

Dated: June 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge